UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

*FILED*

NOV 13 2014

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:14-cr- |
| | ) | |
| ANDREW FENWICK, | ) | |
| a/k/a Mo, | ) | **2 : 14 -cr- 0 0 2 9 JMS -CMM** |
| | ) | |
| Defendant. | ) | |

## INFORMATION

### COUNT ONE

The United States Attorney charges that:

On or about March 4, 2014, within the Southern District of Indiana, Terre Haute Division,

ANDREW FENWICK, a/k/a Mo, knowing that an offense against the United States has been

committed, did assist the offender in order to hinder the offender's trial and punishment; to-wit,

knowing that Terry Joe Smith had committed the offense of deprivation of rights under color of

law, in violation of Title 18, United States Code, Section 242, by assaulting another person

("Individual #1") in Greencastle, Indiana, on November 6, 2011, while acting as a Deputy of the

Putnam County Sheriff's Department, FENWICK presented false testimony before a federal grand

jury to attempt to hinder Smith's future trial and punishment.

All in violation of Title 18, United States Code, Sections 3 and 242.

## COUNT TWO

The United States Attorney charges that:

On or about March 4, 2014, within the Southern District of Indiana, Terre Haute Division, ANDREW FENWICK, a/k/a Mo, knowing that an offense against the United States has been committed, did assist the offender in order to hinder the offender's trial and punishment; to-wit, knowing that Terry Joe Smith had committed the offense of deprivation of rights under color of law, in violation of Title 18, United States Code, Section 242, by assaulting another person ("Individual #2") in Cloverdale, Indiana, on December 28, 2013, while acting as a Deputy of the Putnam County Sheriff's Department, FENWICK presented false testimony before a federal grand jury to attempt to hinder Smith's future trial and punishment.

All in violation of Title 18, United States Code, Sections 3 and 242.

_____
JOSH J. MINKLER
Acting United States Attorney

STATE OF INDIANA    )
                    )    SS:
COUNTY OF MARION  )

Bradley A. Blackington, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

Bradley A. Blackington
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 13th day of November, 2014.

MARY E. BIPPUS
Notary Public

My Commission Expires:

8-29-16

My County of Residence:

Marion

-3-